STATE OF MAINE                                    SUPERIOR COURT
SAGADAHOC, ss                                     CIVIL ACTION
                                                  DOCKET NO. RE-04-002

                                                  NM-SAG-8/9/05

JONATHAN PEABODY, as
TRUSTEE for the MARYCLIFF
REALTY TRUST,

            Plaintiff                             ORDER ON MOTION FOR
v.                                                SUMMARY JUDGMENT

WILLIAM H. FINES, III,

            Defendant


        The plaintiff filed a motion for summary judgment[1] and included the proper

notice. See M.R. Civ. P. 7(b)(1)(A) & (B). The defendant's responses to the plaintiff's

statement of material facts are not supported by record citations. See M.R. Civ. P.

56(h)(2). The plaintiff's statements of material facts are supported by record citations

and are deemed admitted. See M.R. Civ. P. 56(h)(4).

        The plaintiff's motion for summary judgment is granted. Judgment is entered in

favor of the plaintiff and against the defendant on the plaintiff's complaint. The court

declares the following:

        1. the plaintiff has an easement by prescription over the

        property of the defendant via the "Marycliff access road";

        2. the "Marycliff access road" may be used by the plaintiff,

        his family, and social and business invitees to travel to and

        from the "Marycliff property";

        3. the plaintiff has the right to maintain and repair the

        "Marycliff access road";

4. the plaintiff's rights to use the "Marycliff access road" are not subject to or limited by any right of the defendant to place any gate or barrier in or across the "Marycliff access road" or otherwise to obstruct the "Marycliff access road".

Date: August 30, 2005

Nancy Mills
Justice, Superior Court

---

[1] This case was presented to the undersigned justice and taken under advisement on August 24, 2005.